PER CURIAM: Robert McKoy waived presentment on an indictment for possession 
of a stolen vehicle, pled guilty, and was sentenc

THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE 
 CITED OR RELIED ON IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2).
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Joe Barlow Owens       
Appellant.
 
 
 

Appeal From Cherokee County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2004-UP-317
Submitted March 19, 2004  Filed May 
 13, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, Office
of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief
Deputy Attorney General John W. McIntosh, Assistant
Deputy Attorney General Salley W. Elliott, all of Columbia;
and Solicitor Harold W. Gowdy, III, of Spartanburg,
for Respondent. 
 
 
 

PER CURIAM:  Joe Barlow Owens was indicted 
 for and subsequently found guilty of possession of cocaine, 3rd degree.  
 Owens appellate counsel submitted a petition to be relieved as counsel, stating 
 he has reviewed the record and has concluded Owens appeal is without merit.  
 Owens did not file a pro se brief with the court.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Owens appeal and 
 grant counsels motion to be relieved. [1] 
 APPEAL DISMISSED.
GOOLSBY, HOWARD and BEATTY, JJ., concur.

 
 [1]   
 Because oral argument would not aid the court in resolving the issues on appeal, 
 we decide this case without oral argument pursuant to Rules 215 and 220(b)(2), 
 SCACR.